Case 2:26-cv-01759   Document 1   Filed 02/18/26   Page 1 of 8   Page ID #:1

1  PADRAIC J. GLASPY (SBN 259563)
   pglaspy@howarth-smith.com
2  HOWARTH & SMITH
   30745 Pacific Coast Highway, Suite 2046
3  Malibu, California 90265
   Telephone: (213) 955-9400
4
5  RICHARD W. HOFFMANN
   (*pro hac vice pending*)
   hoffmann@reising.com
6  COREY M. BEAUBIEN
   (*pro hac vice pending*)
7  beaubien@reising.com
   REISING ETHINGTON P.C.
8  755 W. Big Beaver Road, Suite 1850
   Troy, Michigan 48084
9  Telephone: (248) 689-3500

10 Attorneys for Plaintiff
   NORMA U.S. HOLDING LLC
11

12              UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14
15 | NORMA U.S. HOLDING LLC, a Delaware company, | **COMPLAINT FOR PATENT INFRINGEMENT** |
16 | Plaintiff, | |
17 | vs. | **DEMAND FOR JURY TRIAL** |
18 | LYNOL COOLING SYSTEMS, INC., a California corporation, | |
19 | Defendant. | |

20
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

---

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Norma U.S. Holding LLC ("Norma"), by its undersigned attorneys, alleges the following for its Complaint against Lynol Cooling Systems, Inc. ("Lynol" or "Defendant"):

## Parties

1. Norma is a limited liability company organized and existing under the laws of Delaware and having a place of business located at 2430 E. Walton Boulevard, Auburn Hills, MI 48326.

2. Lynol is a California corporation having places of business at 4900 Zambrano Street, Commerce, CA 90040 and 1400 Cavalier Blvd, Suite F Chesapeake, VA 23323.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338 because this action arises under the patent laws of the United States (Title 35 of the United States Code).

4. This Court has personal jurisdiction over Defendant because Defendant directly targets business activities toward consumers in the United States, including Michigan through, at least, its fully interactive website. Defendant has committed acts of patent infringement giving rise to the cause of action raised by this Complaint in Michigan and in this judicial district.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

## Technological Background

6. U.S. Patent No. 7,520,539 generally relates to pipe clamps used to connect pipes or other tubular members. A common application for such pipe clamps is in a vehicle exhaust system.

7. In a vehicle exhaust system, pipe sections are connected in either a telescopic or an end-to-end abutting connection. To be effective, the connection should provide a suitable fluid tight seal against exhaust gas leakage.

8. Conventional pipe couplers include a band having a generally circular conformation and terminating in opposite connecting flanges that can be drawn together or

loosened via a fastener or other tightening mechanism. In some cases, the pipe coupler will include an internal split sealing sleeve with mating circumferential ends that engage each other during tightening to produce a fluid tight seal.

### Norma's U.S. Patent No. 7,520,539

9. Norma is the owner if U.S. Patent No. 7,520,539 entitled "Pipe Clamp With Gasketed Center Rib" with an issue date of April 21, 2009, hereafter "the '539 Patent." A true and accurate copy of the '539 Patent is attached as Exhibit A.

10. The '539 Patent was duly and lawfully issued on April 21, 2009. The '539 Patent is presumed valid.

11. In general, the '539 Patent is directed to pipe clamps used to connect pipes or other tubular members.

12. The '539 Patent provides an improved pipe clamp that includes, *inter alia*, a center rib having a gasket. This arrangement aids in the sealing against fluid leakage at the pipe coupling.

13. For example, Figure 5 from the '539 Patent below shows one embodiment of the patented pipe clamp.



Figure 5

14. Figure 5 shows a pipe coupler 200 having a band 202 with first and second ends and with a radial protruding rib 230. The first and second ends of the band 202 has radially extending flanges 214, 216. A tightening mechanism 204 is connected to the radially extending flanges 214, 216 and serves to draw the first and second ends together during tightening. A split sleeve 206 is provided which has first and second mating ends 222, 224. Finally, a gasket 208 is disposed radially within the sleeve.

15. Norma sells pipe couplers that are covered by the claims of the '539 Patent. These Norma pipe couplers are exceedingly popular, and Norma has achieved great commercial success in selling them.

## Lynol's Infringing Product

16. Lynol imports into the United States, offers for sale, and sells a pipe clamp designated 4502004 - HD Clamp, with a description of "CLAMP DETROIT DD13 & DD15 CLAMP FOR DIESEL PARTICULATE FILTER (DPF) - OEM REPLACEMENT FOR PART #A6809950302" through its website at https://www.lynol.net/4502004-hd-clamp.html (Lynol's or Lynol pipe clamp). The Lynol pipe clamp, as depicted on Lynol's website is reproduced here (additional photographs are presented in the appended claim charts):



**Count I — Infringement of the '539 Patent**

17. Norma repeats and realleges the allegations contained in paragraphs 1 through 16 as if fully set forth herein.

18. Lynol's pipe clamp infringes multiple claims of the '539 patent. By way of example, Lynol's pipe clamp includes each limitation of at least independent claim 1 and independent claim 16 of the '539 patent.

19. With respect to independent claim 1, as shown in Exhibit B, 1a, Lynol's pipe clamp includes a band extending circumferentially around and continuously from a first end to a second end. The band has a pair of axial ends.

20. The band of Lynol's pipe clamp, Exhibit B, 1a, includes a radially protruding rib that is located inwardly of the axial ends of the band and that extends continuously at least part way between the first and second ends.

21. The first and second ends of the band comprise radially extending flanges. Exhibit B, 1a.

22. Lynol's pipe clamp includes a tightening mechanism connected to the flanges to draw the first and second ends toward and away from each other for tightening and loosening of the band. Exhibit B, 1b.

23. Lynol's pipe clamp further includes a split sleeve disposed within the band and located at least within the rib. Exhibit B, 1c. When tightened, the band compresses the sleeve via direct contact between a radially inward surface of the rib, and an outer surface of the split sleeve.

24. The split sleeve of Lynol's pipe clamp extends circumferentially from a first mating end to a second mating end. Exhibit B, 1c.

25. Lynol's pipe clamp further includes a gasket disposed radially within the sleeve such that the gasket is located at least partially within the rib. Exhibit B, 1d.

26. With respect to independent claim 16 and as shown in Exhibit C, 16a, Lynol's pipe clamp includes a band extending circumferentially from a first end to a second end. The band has a pair of axial ends. Exhibit C, 16a.

1  27. The band of Lynol's pipe clamp, Exhibit C, 16a, includes a radially protruding rib that is located inwardly of the axial ends of the band and that extends continuously at least part way between the first and second ends. Exhibit C, 16a.

28. The first and second ends of the band comprise radially extending flanges. Exhibit C, 16a.

29. Each of the end portions being folded back over itself to provide the flange with an inner and outer leg, Exhibit C, 16a.

30. The rib of the Lynol's pipe clamp extends into at least a lower portion of the inner and outer leg of each flange. Exhibit C, 16a.

31. Lynol's pipe clamp includes a tightening mechanism connected to the band to draw the first and second ends toward and away from each other for tightening and loosening of the band. Exhibit C, 16b.

32. Lynol's pipe clamp further includes a split sleeve disposed within the band and located at least within the rib. Exhibit C, 16c.

33. The split sleeve extends circumferentially from a first mating end to a second mating end. Exhibit C, 16c.

34. When tightened, the band compresses the sleeve via direct contact between a radially inward surface of the rib, and an outer surface of the sleeve.

35. The split sleeve of Lynol's pipe clamp extends circumferentially from a first mating end to a second mating end. Exhibit C, 16c.

36. Lynol's pipe clamp further includes a gasket disposed radially within the sleeve such that the gasket is located at least partially within the rib. Exhibit C, 16d.

37. Lynol has directly infringed, and continues to directly infringe, at least independent claim 1 and independent claim 16 of the '539 in violation of 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, using, importing, offering to sell, and/or selling its infringing pipe clamp, and will continue to infringe unless enjoined by this Court.

38.     With knowledge of Norma's patent rights and knowing Defendant's pipe clamp infringes claims of the '539 patent, Lynol has also induced infringement by purchasers and users of Defendant's pipe clamp, of at least independent claim 1 and independent claim 16 of the '539 patent.

39.     Defendant has indirectly infringed, and continues to indirectly infringe, at least independent claims 1 and 16 of the '539 patent in violation of 35 U.S.C. § 271(b), and will continue to do so unless enjoined by this Court.

40.     Defendant's infringing conduct has caused, is causing, and will continue to cause irreparable injury to Norma unless such infringing conduct is enjoined by this Court.

41.     On information and belief, Defendant knowingly and intentionally infringed and continues to infringe at least independent claims 1 and 16 of the '539 Patent, by virtue of its prior knowledge of the '539 Patent.

## RELIEF REQUESTED

WHEREFORE, Norma respectfully requests that this Court enter a judgment that:

A.      Finds Lynol has directly infringed, and is directly infringing, one or more claims of the '539 patent;

B.      Finds Lynol has indirectly infringed, and is indirectly infringing, one or more claims of the '539 patent;

C.      Awards Norma damages adequate to compensate for Lynol's infringement of the '539 patent under 35 U.S.C. § 284 of not less than a reasonable royalty, and increases those damages up to three times;

D.      Finds this case exceptional as set forth in 35 U.S.C. § 285;

E.      Awards Norma its attorneys' fees;

F.      Orders Lynol and its officers, directors, agents, servants, employees, successors, assigns, and all persons in active concert or participation with Defendant, be preliminarily and permanently enjoined from infringing the '539 patent pursuant 35 U.S.C. § 283;

G.      Awards Norma costs, pre-judgment, and post-judgment interest at the maximum allowable rate; and

H. Awards Norma such further relief as the Court deems just and proper.

Dated: February 18, 2026

Respectfully submitted,

HOWARTH & SMITH

By: /s/ Padraic Glaspy
Padraic Glaspy

REISING ETHINGTON PC

By: /s/ Richard Hoffmann
Richard Hoffmann

Attorneys for Plaintiff Norma U.S. Holding LLC

## JURY TRIAL DEMANDED

Norma demands a jury trial on all issues so triable.

Dated: February 18, 2026

Respectfully submitted,

HOWARTH & SMITH

By: /s/ Padraic Glaspy
Padraic Glaspy

REISING ETHINGTON PC

By: /s/ Richard Hoffmann
Richard Hoffmann

Attorneys for Plaintiff Norma U.S. Holding LLC

COMPLAINT FOR PATENT INFRINGEMENT