UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | **2:26-cv-01759-SVW-AJR** | Date: | May 29, 2026 |
|---|---|---|---|

| Title: | *Norma U.S. Holding LLC v. Lynol Cooling Systems, Inc.* |
|---|---|

| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:     [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before June 12, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒     Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiff(s) have failed to file a proof of service within 90 days of the filing of the Complaint on the following Defendant(s): **Lynol Cooling Systems, Inc.**

CV-90 (12/02)                     **CIVIL MINUTES – GENERAL**                     Initials of Deputy Clerk <u>DTA</u>

1

If Plaintiff needs more time to effectuate service, the response must include a request for extension of time to serve and a proposed order setting a new deadline to file a proof of service.

**Lynol Cooling Systems, Inc.**

Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.